UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JOHN A. DYSON,

           Plaintiff,

    vs.

ROBERT J. INGUALSON,

           Defendants.

NO.  CV-08-5016-FVS

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION

By Order filed May 8, 2008, the court directed Mr. Dyson to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915 by submitting an appropriate *in forma pauperis* application or paying the $350.00 filing fee.  Mr. Dyson, formerly a prisoner at the Benton County Jail, did not comply and he has filed nothing further in this action.

The court construes Plaintiff's noncompliance as his consent to dismissal of this action.  Accordingly, **IT IS ORDERED** the request to

//

//

//

//

//

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 1

proceed *in forma pauperis* is **DENIED** and the action is **DISMISSED**
**without prejudice.**

    **IT IS SO ORDERED.**  The District Court Executive is directed to
enter this Order, enter judgment, forward a copy to Plaintiff at his
last known address, and close the file.

    **DATED** this   23rd   day of June 2008.


                                s/ Fred Van Sickle
                                  FRED VAN SICKLE
                  SENIOR UNITED STATES DISTRICT JUDGE

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 2