AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

John A. Dyson

JUDGMENT IN A CIVIL CASE

v.

Robert J. Ingualson

CASE NUMBER: CV-08-5016-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The court construes Plaintiff's noncompliance as his consent to dismissal of this action. Accordingly, IT IS ORDERED the request to proceed in forma pauperis is DENIED and the action is DISMISSED without prejudice.

| | |
|---|---|
| June 23, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |